UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust<br><br>Plaintiff<br><br>vs.<br><br>Bryan G. Moore and Elaine G. Moore<br><br>Defendants | 2:19-cv-00149-LEW<br><br>RE:<br>518 Walnut Hill Road f/k/a 519 Walnut Hill Road, Unit 2, North Yarmouth, ME 04097<br><br>Mortgage:<br>May 12, 2005<br>Book 22644, Page 156 |

## CONSENT JUDGMENT OF FORECLOSURE AND SALE

Now comes the Plaintiff, U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust, and the Defendants, Bryan G. Moore and Elaine G. Moore, and hereby submit this Consent Judgment of Foreclosure and Sale.

Count II – Breach of Note, Count III – Breach of Contract, Money Had and Received, Count IV – Quantum Meruit, and Count V – Unjust Enrichment, are hereby **DISMISSED** without prejudice at the request of the Plaintiff. **JUDGMENT** on Count I – Foreclosure, is hereby **ENTERED** as follows:

1. If the Defendants or their heirs or assigns pay U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust ("U.S. Bank") the amount adjudged due and owing ($415,761.51) within 90 days of the date of the Judgment, as that time period is calculated in accordance with 14 M.R.S.A. § 6322, U.S. Bank shall forthwith discharge the Mortgage and file a dismissal of this action on the ECF

Docket. The following is a breakdown of the amount due and owing:

| Description | Amount |
|---|---|
| Unpaid Principal Balance | $235,813.50 |
| Escrow Balance | 57,854.02 |
| Total Interest | 117,793.49 |
| Late Charges | 4,994.91 |
| Less Unapplied Funds | -694.41 |
| **Grand Total** | **$415,761.51** |

2. If the Defendants or their heirs or assigns do not pay U.S. Bank the amount adjudged due and owing ($415,761.51) within 90 days of the Judgment, as that time period is calculated in accordance with 14 M.R.S.A. § 6322, their remaining rights to possession of the North Yarmouth Property shall terminate, U.S. Bank shall conduct a public sale of the North Yarmouth Property in accordance with 14 M.R.S.A. § 6323, disbursing the proceeds first to itself in the amount of $415,761.51 after deducting the expenses of the sale, with any surplus to be disbursed pursuant to Paragraph 5 of this Judgment, and in accordance with 14 M.R.S.A. § 6324.

3. Pursuant to 14 M.R.S.A. § 2401(3)(F), the Clerk shall sign a certification after the appeal period has expired, certifying that the applicable period has expired without action or that the final judgment has been entered following appeal.

4. The amount due and owing is $415,761.51.

5. The priority of interests is as follows:

   a.) U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust has first priority, in the amount of $415,761.51, pursuant to the subject Note and Mortgage.

   b.) Bryan G. Moore and Elaine G. Moore have the second priority behind the Plaintiff.

7. The prejudgment interest rate is 5.50000%, *see* 14 M.R.S.A. § 1602-B, and the post-judgment interest rate is 8.59%, *see* 14 M.R.S.A. § 1602-C.

8. The following information is included in this Judgment pursuant to 14 M.R.S.A. § 2401(3):

| PARTIES | COUNSEL |
|---|---|
| U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust | John A. Doonan, Esq.<br>Reneau J. Longoria, Esq.<br>Doonan, Graves & Longoria, LLC<br>100 Cummings Center<br>Suite 225D<br>Beverly, MA 01915 |
| Bryan G. Moore<br>152 Park Lane<br>Vassalboro, ME 04989 | Pro Se |
| Elaine G. Moore<br>258 Bruce Hill Road<br>Cumberland Center, ME 04021 | Pro Se |

a) The docket number of this case is No. 2:19-cv-00149-LEW.

b) All parties to these proceedings received notice of the proceedings in accordance with the applicable provisions of the Federal Rules of Civil Procedure.

c) A description of the real estate involved, 518 Walnut Hill Road f/k/a 519 Walnut Hill Road, Unit 2, North Yarmouth, ME 04097, is set forth in Exhibit A to the Judgment herein.

d) The street address of the real estate involved is 518 Walnut Hill Road f/k/a 519 Walnut Hill Road, Unit 2, North Yarmouth, ME 04097. The Mortgage was executed by the Defendants on May 12, 2005. The book and page

number of the Mortgage in the Cumberland County Registry of Deeds is Book 22644, Page 156.

e) This judgment shall not create any personal liability on the part of the Defendants but shall act solely as an in rem judgment against the property, 518 Walnut Hill Road f/k/a 519 Walnut Hill Road, Unit 2, North Yarmouth, ME 04097.

Dated: August 22, 2019

/s/Reneau J. Longoria, Esq.
John A. Doonan, Esq., Bar No. 3250
Reneau J. Longoria, Esq., Bar No. 5746
Attorneys for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 225D
Beverly, MA 01915
(978) 921-2670
JAD@dgandl.com
RJL@dgandl.com

Dated: September 16, 2019

/s/Bryan G. Moore
Bryan G. Moore
152 Park Lane
Vassaboro, ME 04989

Dated: May 25, 2019

/s/ Elaine G. Moore
Elaine G. Moore
258 Bruce Hill Road
Cumberland Center, ME 04021

**SO ORDERED.**

**Dated this 18th day of September, 2019.**

/s/ Lance E. Walker
U.S. DISTRICT JUDGE